Argued and submitted June 28, conviction affirmed; sentence vacated; remanded for resentencing December 15, 2004
Motion to dismiss pursuant to ORAP 8.05 granted; appeal dismissed; conviction vacated and decision vacated by order dated January 19, 2005
See 197 Or App 201 (2005)

STATE OF OREGON,
*Respondent,*

*v.*

FLOYD THORNTON,
*Appellant.*

02113259C; A121583

Jamesa J. Drake, Deputy Public Defender, argued the cause for appellant. With her on the brief were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Office of Public Defense Services.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

Conviction affirmed; sentence vacated; remanded for resentencing. *State v. Gornick*, 196 Or App 397, 102 P3d 734 (2004); *State v. Ross*, 196 Or App 420, 102 P3d 755 (2004).